IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PAUL SCHNETZER, On Behalf of Himself and All Others Similarly Situated, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:15-cv-736-MHS |
| SARTAIN STRUCTURES, INC. AND ROBERT SARTAIN, | | |
| Defendants. | | |

**JOINT MOTION TO DISMISS PURSUANT TO SETTLEMENT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff, Paul Schnetzer and Defendants, Sartain Structures, Inc. and Robert Sartain, hereby file this Joint Motion to Dismiss Pursuant to Settlement, as follows:

The parties have resolved all matters in dispute among them in this case and have reached a Settlement Agreement, and there is no further need to prosecute this case.

WHEREFORE, the parties jointly request that this case be dismissed, with prejudice, and that each party bear its own court costs and attorneys' fees or as otherwise provided by the Settlement Agreement.

*[Signature block on next page]*

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Allen R. Vaught<br>Allen R. Vaught<br>State Bar No. 24004966<br>Ryan J. Burton<br>State Bar No. 24050362<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1110<br>Dallas, TX 75219<br>(214) 521-3605 – Telephone<br>(214) 520-1181 – Facsimile<br>avaught@baronbudd.com – Email<br>rburton@baronbudd.com - Email<br><br>ATTORNEYS FOR PLAINTIFFS | /s/ (*w/ permission*)<br><br>William S. Hommel, Jr.<br>Hommel Law Firm<br>1404 Rice Road, Suite 200<br>Tyler, Texas 75703<br>(903) 596-7100 - telephone<br>(469) 533-1618 - facsimile<br>bhommel@hommelfirm.com<br><br>ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Eastern District of Texas CM/ECF method on the 1st day of February, 2016.

Allen Vaught
Ryan J. Burton
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219

William S. Hommel, Jr.
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703
(903) 596-7100 - telephone
(469) 533-1618 - facsimile

s/ Allen R. Vaught
Allen R. Vaught
