IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PAUL SCHNETZER, On Behalf of Himself and All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:15-cv-736-MHS |
| SARTAIN STRUCTURES, INC. AND ROBERT SARTAIN, | § § § | |
| Defendants. | § | |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

Now, therefore, this matter coming before the Court on Parties' Joint Motion to Dismiss Pursuant to Settlement ("Joint Motion") (Doc. 13); the Court having reviewed the relevant pleadings and filings; the Court having considered the arguments of counsel; and the Court otherwise having been fully advised on the premises, hereby GRANTS the Joint Motion (Doc. 13) and ORDERS that:

1.      The Parties have a bona fide dispute as to wages owed, if any; and

2.      Plaintiff has at all times been represented by and had the benefit of experienced legal counsel and has maintained equal bargaining power during all negotiations; and

3.      Whereas, the parties have informed the Court that they have entered into a compromise settlement agreement and agreed that each party shall bear their own costs and attorney fees or as otherwise provided by the Settlement Agreement.

4.      Accordingly, all claims asserted against Defendants are hereby dismissed in accordance with the terms of the compromise settlement agreement and in their entirety with

prejudice, with all costs taxed against the parties incurring same and all attorneys' fees borne by the parties incurring same.