**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PAUL SCHNETZER, On behalf of himself and all others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br><br>SARTAIN STRUCTURES, INC., and ROBERT SARTAIN,<br><br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:15-cv-736-MHS |

**FINAL JUDGMENT**

In accordance with the Agreed Motion to Dismiss with Prejudice (Doc. No. 13) filed in this case by Plaintiff Paul Schnetzer, it is hereby:

**ORDERED** that Plaintiffs' claims against Defendants Sartain Structures, Inc., and Robert Sartain, be dismissed *with prejudice* to refiling, and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED**.

 **SIGNED this 1st day of February, 2016.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE